**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 25, 2024

Mr. Corey M. Stern
Levy Konigsberg
605 Third Avenue
33rd Floor
New York, NY 10158

Re: Case No. 23-1970, *Iesha Mitchell, et al v. City of Benton Harbor, MI, et al*
Originating Case No. : 1:22-cv-00475

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **May 23, 2024**.

Sincerely yours,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035

cc: Ms. Margaret Bettenhausen
Mr. Douglas J. Curlew
Ms. Melanie P. Daly
Mr. Nathan A. Gambill
Ms. Alexandra Markel
Mr. Walter George Pelton
Mr. Thomas J. Rheaume Jr.
Ms. Rebecca M. Smith